In the Matter of John F. Huber et al., Appellants, against John F. O'Connell et al., Constituting the State Liquor Authority et al., Respondents.

Submitted May 28, 1947; decided July 2, 1947.

*Edmund P. Radwan* for appellants.

*Alvin McKinley Sylvester* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.